JAY H. MANS, APPELLANT, v. MORRIS BRODY, CON-
STABLE, ETC., ET AL., RESPONDENTS.

Submitted February 16, 1934—Decided April 12, 1934.

For the appellant, *Ezra Karkus*.

For the respondents, *George J. Miller*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, CASE, BODINE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 13.

*For reversal*—None.